NOT FOR PUBLICATION (Doc. No. 68)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| SUN NATIONAL BANK, : | |
| Plaintiff, : | Civil Action No. 13–5800 (RBK/KMW) |
| v. : | **ORDER** |
| SEAFORD SPECIALTY SURGERY CENTER, LLC, *et al.*, : | |
| Defendants. : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff's Motion for Default Judgment (Doc. No. 68) against Seaford Specialty Surgery Center, LLC and Medical Consulting Group Ambulatory Surgery Centers, L.L.C., and the Court having considered the moving papers, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED WITHOUT PREJUDICE**.

Dated:  10/07/2015   s/ Robert B. Kugler

ROBERT B. KUGLER

United States District Judge

1